# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DISABILITY RIGHTS MISSISSIPPI**                                                                 **PLAINTIFF**

**V.**                                                                                 **CAUSE NO. 3:21-CV-726-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF**                                                                 **DEFENDANT**
**MENTAL HEALTH**

## ORDER

This cause is before the Court on its own motion.

Having reviewed the plaintiff's amended complaint and motion for preliminary injunction, *see* Docket Nos. 2 & 7, the Court invites the United States Department of Justice to provide "its understanding of the statute and regulations at issue in this case." *Disability Rights Mississippi v. CARES, Inc.*, No. 3:13-CV-547-HTW-LRA, Docket No. 40 at 2 (S.D. Miss. Feb. 5, 2014) (Statement of Interest of the United States). If the United States elects to participate, its Statement of Interest should be filed by March 14, 2022. Should the Court have a hearing on the pending motion for preliminary injunction, the United States will be invited to attend.

A copy of this Order will be emailed to the Civil Chief of the United States Attorney's Office for the Southern District of Mississippi.

**SO ORDERED**, this the 13th day of January, 2022.

                                                                s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE