# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DISABILITY RIGHTS MISSISSIPPI**                                                                        **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:21-cv-726-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF MENTAL HEALTH**            **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Disability Rights Mississippi and Defendant Mississippi Department of Mental Health hereby jointly move the Court for dismissal with prejudice of all claims in this matter, representing to the Court that all claims between them in this matter have been resolved and that the parties hereby stipulate to a dismissal of all claims at issue in this civil action with prejudice, with each party to bear its own costs. Due to the brevity of this motion, the parties also ask the Court to waive the requirement of a contemporaneously-filed memorandum brief.

Wherefore, premises considered, Plaintiff Disability Rights Mississippi and Defendant Mississippi Department of Mental Health respectfully move this Court for dismissal with prejudice of all claims in this matter.

Respectfully submitted on this, the 8th day of August, 2022.

                                         DISABILITY RIGHTS MISSISSIPPI
                                         /s/ Greta Kemp Martin
                                         GRETA KEMP MARTIN, MSB No. 103672

Attorneys for Plaintiff:
GRETA K. MARTIN, MSB No. 103672
KATHERINE HENDERSON, MSB No. 104522
VICTORIA M. ANDERSON, MSB No. 105964
Disability Rights Mississippi
5 Old River Place, Ste. 101
Jackson, MS  39202
Office: (601)968-0600
Fax: (601)968-0665

MISSISSIPPI DEPARTMENT OF MENTAL HEALTH

BY: LYNN FITCH, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI

BY: /s/ Jackie R. Bost, II
JACKIE R. BOST, II
Special Assistant Attorney General

Jackie R. Bost, II (MSB No. 102909)
Special Assistant Attorney General
Office of the Attorney General
State of Mississippi
550 High St., Ste. 1100
P.O. Box 220
Jackson, MS  39205-0220
Tel: (601)359-3847
Fax: (601)359-4254
jackie.bost@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, Jackie R. Bost, II, Special Assistant Attorney General for the State of Mississippi, do hereby certify that I have, this day, filed the foregoing document with the Clerk of Court using the electronic filing system, which forwarded a copy thereof to all counsel of record.

This, the 8th day of August, 2022.

/s/ Jackie R. Bost, II
JACKIE R. BOST, II